IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASVHILLE DIVISION

ANGELA CELA, )
 )
    Plaintiff, ) NO. 3:09-cv-00173
 ) JUDGE HAYNES
v. )
 )
TENNESSEE STATE UNIVERSITY, )
*et al.*, )
 )
    Defendants. )

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion for class certification (Docket Entry No. 44) is **DENIED** and Plaintiff's motion to compel discovery (Docket Entry No. 39) is **DENIED as moot**.

It is so **ORDERED**.

**ENTERED** this the ____ day of February, 2011.

                                                      WILLIAM J. HAYNES, JR.
                                                    United States District Judge